UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BILL MARTINEZ,

        Plaintiff,        CIV S-05-1914 FCD PAN PS

    v.

SACRAMENTO COUNTY SHERIFF'S        ORDER
DEPARTMENT,

        Defendant.

-o0o-

Pursuant to this court's order filed September 30, 2005, plaintiff has filed a supplemental application to proceed in forma pauperis and an amended complaint.

Neither filing is adequate. The application now provides the date of plaintiff's last employment, and the amount and source of a portion of his income ($410.00 per month Social Security Benefits) but fails to indicate the source of his remaining income ($400.00); and plaintiff now claims he owns a

car (Chrysler PT Cruiser) valued at $12,000.00, but previously stated he did not own any automobiles or other property.

The application is again denied. Within 20 days of service of this order, plaintiff shall file a new application setting forth all the details of his first two applications, the source of his additional $400.00 monthly income, and explaining the inconsistencies in his statement of property.

Further, plaintiff's complaint is again dismissed. While plaintiff now properly states this case asserts violation of his federal civil rights based on excessive force (presumably pursuant to 42 U.S.C. § 1983), he erroneously states on his civil cover sheet that the court's jurisdiction rests on the United States as plaintiff. Federal civil rights actions under 42 U.S.C. § 1983 proceed under this court's federal question jurisdiction, 28 U.S.C. § 1331. Fed. R. Civ. P. 8(a) requires that the basis of this court's jurisdiction be set forth in the complaint.

Fed. R. Civ. P. 8(a) also requires a clear statement of all pertinent facts underlying plaintiff's claim. The complaint asserts plaintiff was beaten by Sacramento County Sheriff officers while incarcerated in the Sacramento County Jail but fails to state when the alleged beating occurred, an essential fact that must be pled.

Accordingly, within 20 days of service of this order, plaintiff shall also file an amended complaint conforming with the requirements of Rule 8(a).

2

Failure timely to submit a complete in forma pauperis application or to file a properly amended complaint will result in a recommendation this action be dismissed.

So ordered.

Dated:  November 9, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge