UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BILL MARTINEZ,

          Plaintiff,

                    CIV. S-05-1914 FCD PAN PS

    v.

SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT,                                  ORDER

          Defendant.

-o0o-

    Attempted service of this court's November 10, 2005, order was unsuccessful due to lack of a mail receptacle. Plaintiff's address provides both a post office box and a street address; service was apparently attempted at the street address. The Clerk of Court is directed to serve a copy of the court's

////

////

////

1  order at the post office box without reference to plaintiff's
2  street address.
3      So ordered.
4      Dated:  December 12, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge