IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILL MARTINEZ,

    Plaintiff,                        No. Civ.S-05-1914 FCD PAN PS

    vs.

SACRAMENTO COUNTY                    ORDER
SHERIFF'S OFFICE,

    Defendants.

_____/

    On December 19, 2005, plaintiff filed a Notice of Change of Address.  THE CLERK OF COURT IS DIRECTED TO SERVE THIS COURT'S DECEMBER 12, 2005 ORDER  TO PLAINTIFF AT HIS NEW ADDRESS.  As set forth in this court's November 10, 2005 order, plaintiff shall have twenty (20) days from the date of service to file an amended application to proceed in forma pauperis and an amended complaint that conforms with Fed. R. Civ. P. 8(a).

DATED: March 7, 2006.

                                                     UNITED STATES MAGISTRATE JUDGE

006:mart1914.ord

1