IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BILL MARTINEZ,

    Plaintiff,                            No. CIV S-05-1914 FCD PAN (GGH) PS

    vs.

SACRAMENTO COUNTY
SHERIFF'S OFFICE,

    Defendant.                       FINDINGS & RECOMMENDATIONS

                              /

        By order filed March 8, 2006, plaintiff was granted twenty days to file an amended application to proceed in forma pauperis and an amended complaint that conforms with Fed. R. Civ. P. 8(a). The twenty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Plaintiff has apparently decided to rest on the dismissed complaint. For the reasons given in the November 10, 2005, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections

1

1. with the court. The document should be captioned "Objections to Magistrate Judge's Findings
2. and Recommendations." Plaintiff is advised that failure to file objections within the
3. specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
4. F.2d 1153 (9th Cir. 1991).
5. DATED: 6/20/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

martinez1914.fta